## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00997-SKC-KAS

ESTATE OF DEZAREE NICOLE ARCHULETA,
by and through its personal representative Shelly Romero, and
SHELLY ROMERO, individually,

    Plaintiffs,

v.

WELLPATH, LLC,
H.I.G. CAPITAL, LLC,
CHRISTINE MOHR, in her individual and official capacities,
EDWARD KEAVENY, in his individual and official capacities, and
MICHELLE WESOLOWSKI, in her individual and official capacities.

## MOTION FOR LEAVE
## TO FILE CERTIFICATE OF REVIEW

Plaintiffs, by and through their attorneys, Mari Newman and Andy McNulty of NEWMAN | MCNULTY, hereby move this Court for leave to file their certificate of review pursuant to C.R.S. § 13-20-602 and state in support as follows:

1. Plaintiffs served their lawsuit on Defendants on April 19, 2024 asserting a federal civil rights violation under 42 U.S.C. § 1983 for Deliberately Indifferent Medical and Mental Health Care and Treatment, and a state law claim for Negligence and Negligent Supervision and Training Causing Wrongful Death. Plaintiffs' counsel did not file a certificate of review pursuant to C.R.S. § 13-20-602 at the time of filing the lawsuit because the conduct of Defendants Wellpath, Christine Mohr, Edward Keaveny, and Michelle Wesolowski was so obviously negligent that Plaintiffs did not believe that expert testimony was necessary to prove their

negligence claims against Defendants. Indeed, as described in Plaintiffs' 73-page Complaint and Jury Demand, Defendants' conduct was so grave as to constitute deliberate indifference.

2. Counsel for Defendants Wellpath, Christine Mohr, Edward Keaveny, and Michelle Wesolowski indicated to Plaintiffs today for the first time that they believe an expert is necessary to prove Plaintiffs' negligence claims against them under C.R.S. § 13-20-602(2).

3. In order to save judicial resources with an unnecessary conflict, Plaintiffs' counsel intends to file a certificate of review pursuant to C.R.S. § 13-20-602, attached hereto as **Exhibit 1**.

4. Plaintiffs' counsel requests that this Court grant them leave to file the certificate of review attached as **Exhibit 1**.

5. Counsel for Plaintiffs, Andy McNulty, certifies that he has conferred with Kristina Rood, counsel for Defendants Wellpath, Christine Mohr, Edward Keaveny, and Michelle Wesolowski, regarding the relief sought herein. Defendants Wellpath, Christine Mohr, Edward Keaveny, and Michelle Wesolowski oppose the extension sought by this Motion.

WHEREFORE Plaintiffs respectfully request this Court grant this Motion and grant them leave to file the certificate of review attached as **Exhibit 1**.

DATED July 8, 2024.

NEWMAN | MCNULTY LLC

*/s/ Andy McNulty*
Andy McNulty
Mari Newman
1490 N. Lafayette Street, Suite 304
Denver, Colorado 80218
(720) 850-5770
Andy@Newman-McNulty.com
Mari@Newman-McNulty.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all entered parties.

      NEWMAN | MCNULTY LLC

      *s/ Andy McNulty*
      _____
      Andy McNulty