IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00997-SKC-KAS

ESTATE OF DEZAREE NICOLE ARCHULETA,
by and through its personal representative Shelly Romero, and
SHELLY ROMERO, individually,

      Plaintiffs,

v.

WELLPATH, LLC,
H.I.G. CAPITAL, LLC,
CHRISTINE MOHR, in her individual and official capacities,
EDWARD KEAVENY, in his individual and official capacities, and
MICHELLE WESOLOWSKI, in her individual and official capacities.

---

**CERTIFICATE OF REVIEW PURSUANT TO C.R.S. § 13-20-602**

---

      Mari Newman and Andy McNulty of NEWMAN | MCNULTY, on behalf of Plaintiffs, hereby state as follows:

      1.     Pursuant the requirements set forth in C.R.S. §13-20-602(3)(a)(I), I certify that I consulted a person with expertise in the area of the alleged negligent conduct by Defendants as alleged in the Complaint in this matter. [ECF #1]. Pursuant the requirements set forth in C.R.S. §13-20-602 (3)(a)(II), the person consulted reviewed the known facts, including any records, documents and other materials found to be relevant (and currently available) to the allegations of negligent conduct. Based on the review of such facts, the person consulted concluded that the filing of the claim does not lack substantial justification within the meaning of C.R.S. §13-17-102(4), as to the existence of a duty, a breach of that duty, causation, and damages, where the Defendants' conduct fell below the standard of care appropriate to the profession.

DATED July 8, 2024.

NEWMAN | MCNULTY LLC

*/s/ Andy McNulty*
Andy McNulty
Mari Newman
1490 N. Lafayette Street, Suite 304
Denver, Colorado 80218
(720) 850-5770
Andy@Newman-McNulty.com
Mari@Newman-McNulty.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all entered parties.

NEWMAN | MCNULTY LLC

*s/ Andy McNulty*

Andy McNulty