IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00997-SKC-KAS

ESTATE OF DEZAREE NICOLE ARCHULETA, et al.,

    Plaintiffs,

v.

WELLPATH, LLC, et al.

    Defendants.

## UNOPPOSED MOTION TO RESET MOTION HEARING

COMES NOW, Defendant Wellpath, LLC, by and through its undersigned counsel, Gordon Rees Scully Mansukhani, LLP, and hereby moves this Court to reset the Motion Hearing on Plaintiff's Motion to Compel, currently set for February 11, 2026 [ECF #139], and states in support as follows:

1.    This Court recently reset a Motion Hearing on Plaintiffs' Motion to Compel for February 11, 2026 at 1:30 p.m. [ECF #139]

2.    Undersigned counsel, who responded to the Motion to Compel and will argue for Defendant at the Motion Hearing, only recently entered his appearance on January 30, 2026. Mr. Jones will be traveling internationally on February 11, 2026. Those travel plans predate his involvement in this case.

3.    Defendant respectfully requests that this Court reset the Motion Hearing for a time when Plaintiffs' and Defendant's counsel are both available. The Parties have conferred regarding potential dates to avoid a similar future motion due to conflicts.

1

Plaintiffs' counsel is unavailable February 16th to 20th, but it appears that counsel are available February 23, 25, and 27, 2026.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion and reset the Motion Hearing in this matter.

Respectfully submitted this 4th day of February 2026.

GORDON REES SCULLY MANSUKHANI

/s/ Christopher R. Jones
Christopher R. Jones
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel.: (303) 534-5160
Fax: (303) 534-5161
crjones@grsm.com
*Attorney for Defendant Wellpath LLC*

## CERTIFICATE OF SERVICE

      I certify that on February 4, 2026, a copy of the foregoing was electronically filed with the Clerk of the United States District Court which will send notification of such to counsel of record.

      */s/ Christopher R. Jones*
      For Gordon Rees Scully Mansukhani LLP