# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00997-SKC-KAS

SHELLY ROMERO, individually and as personal representative of the Estate of Dezaree Nicole Archuleta, *et al.*,

    Plaintiff,

v.

WELLPATH, LLC, *et al.*,

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiffs, by and through their undersigned counsel of record, submit this Notice of Supplemental Authorities in support of their Response [ECF #111] to the Wellpath Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, [ECF #108], and state in support as follows:

1. On January 20, 2026, the Supreme Court of the United States issued an opinion in *Berk v. Choy*, No. 24-440, 2026 WL 135974, at *7 (U.S. Jan. 20, 2026).

2. On February 10, 2026, the Honorable Judge Nina Y. Wang of the United States District of Colorado issued an Order on Defendants' Motions to Dismiss in Civil Action No. 25-cv-00815-NYW-STV, *McLaney v. El Paso County, et al.*, Civil Action No. 25-cv-00815-NYW-STV, 2026 U.S. Dist. LEXIS 27529, at *18 n.9 (D. Colo. Feb. 10, 2026). *See* Exhibit 1 ("the *McLaney* Order").

3. The Supreme Court's decision in *Berk*, at page seven, and the *McLaney*

Order, in footnote nine on page fourteen, address one of the primary arguments in the Wellpath Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, *see* [ECF #108], at pp. 9-12; *see also* [ECF #111], at pp. 7-14; [ECF #112], at pp. 2-9, pertaining to compliance with Colo. Rev. Stat. § 13-20-602. *See* Exhibit 1, at p. 14 n.9.

    4.    For this reason, Plaintiffs respectfully submit *Berk* and *McLaney* as supplemental authority for this Court's consideration.

DATED this 12th day of February 2026.

>NEWMAN | MCNULTY, LLC
>
>*s/ Andy McNulty*
>Andy McNulty
>Mari Newman
>Madeline Leibin
>1490 N. Lafayette Street, Suite 304
>Denver, Colorado 80218
>(720) 850 - 5770
>Andy@Newman-McNulty.com
>Mari@Newman-McNulty.com
>Madeline@Newman-McNulty.com
>
>COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all entered parties.

NEWMAN | MCNULTY, LLC

*s/ Andy McNulty*
Andy McNulty