# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ESTATE OF DEZAREE NICOLE ARCHULETA, by and through its personal representative Shelly Romero, and SHELLY ROMERO, individually,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WELLPATH, LLC, H.I.G. CAPITAL, LLC, CHRISTINE MOHR, in her individual and official capacities, EDWARD KEAVENY, in his individual and official capacities, and MICHELLE WESOLOWSKI, in her individual and official capacities,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 24-997 |

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

　　I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant CHRISTINE MOHR.

　　Dated this 24th Day of February, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Brent Anderson_____
　　　　　　　　　　　　　　　　　　　　　　　　　Brent D. Anderson, Reg. No. 27610

　　　　　　　　　　　　　　　　　　　　　　　　　TAYLOR ANDERSON, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　1670 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　　　720.473.5934
　　　　　　　　　　　　　　　　　　　　　　　　　banderson@talawfirm.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Mari Newman
Andy McNulty
1490 Lafayette Street, Suite 304
Denver, CO 80218
(720) 850-5770
mari@newman-mcnulty.com
andy@newman-mcnulty.com
ATTORNEYS FOR PLAINTIFF

                    *s/ Desiree Byrd*
            An Employee of Taylor Anderson, LLP

2