## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-00997-SKC-KAS

The ESTATE OF DEZAREE NICOLE ARCHULETA,
by and through its Personal Representative Shell Romero, and
SHELLY ROMERO, individually

        Plaintiffs,

v.

WELLPATH, LLC;
H.I.G. CAPITAL, LLC
CHRISTINE MOHR, in her individual and official capacities,
EDWARD KEAVENY, in his individual and official capacities, and
MICHELLE WESOLOWSKI, in her individual and official capacities,

        Defendants.

---

## *EX PARTE* MOTION TO WITHDRAW

---

Daniel P. Struck, Ashlee B. Hesman, and Kristina R. Rood of the law firm Struck Love Acedo, PLC ("Defense counsel") file their Ex Parte Motion to Withdraw pursuant to D.C.COLOLAttyR 5(b). Defense counsel respectfully requests that the Court permit them to withdraw as counsel of record for Defendants, Mohr, Keaveny, and Wesolowski (collectively, the "Individual Wellpath Defendants"), and Wellpath, LLC (collectively "Wellpath Defendants").

## I.    Relevant Factual Background

Since 2021, Defense counsel has represented Wellpath. (Exhibit 1, Decl. of Daniel P. Struck, at ¶ 4.) In the months leading up to Wellpath's bankruptcy filing,

Wellpath was unable to satisfy Defense counsel's invoices for attorneys' fees and costs. (*Id.* at ¶ 5.) On November 11, 2024, Wellpath Holdings, Inc., and its subsidiaries and affiliated companies, commenced a bankruptcy action in the United States Bankruptcy Court for the Southern District of Texas by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. (*Id.* at ¶ 6.) At the time Wellpath filed for bankruptcy, Wellpath owed Defense counsel $398,714.57 in attorneys' fees and costs. (*Id.* at ¶ 7.) That debt was discharged in bankruptcy, and Defense counsel have not recouped any of those fees or costs. (*Id.*) When Wellpath emerged from bankruptcy, Defense counsel agreed to continue to represent Wellpath Defendants. (*Id.* at ¶ 8.)

On December 5, 2025, Wellpath informed several former employees who were named defendants in lawsuits that Wellpath would no longer be paying for their legal defense and that they would need to engage new counsel at their own expense. (*Id.* at ¶ 9.) Due to ethical concerns regarding continued representation of Wellpath while withdrawing as counsel for former employees, Defense counsel made the decision to withdraw as counsel of record for Wellpath Defendants. (*Id.* at ¶ 11.)

## II. Good Cause Exists to Permit Defense Counsel's Withdrawal as Counsel of Record.

"An attorney who has filed an Entry of Appearance … may seek to withdraw on motion showing good cause." D.C.COLO.LAttyR 5(b). "Withdrawal shall be effective only on court order entered after service of the motion to withdraw on all

- 2 -

counsel of record, any unrepresented party, and the client of the withdrawing attorney." *Id.*

Here, good cause exists to permit Defense counsel's withdrawal as counsel of record for Defendants. Wellpath will no longer pay for the legal defense of Individual Wellpath Defendants because they are former employees. Defense counsel have ethical concerns regarding continuing to represent Wellpath while withdrawing as counsel for Individual Wellpath Defendants. Moreover, undersigned counsel have legitimate concerns regarding the financial viability of Wellpath. Wellpath retained attorneys from the law firm of Gordon Rees Scully Mansukhani to substitute as counsel for it, and Individual Wellpath Defendants have retained attorneys to substitute as counsel of record for them. Accordingly, good cause exists to permit Defense counsel to withdraw as counsel of record for Wellpath Defendants.

## III. Conclusion

For the foregoing reasons, Defense counsel respectfully requests that the Court grant their *Ex Parte* Motion to Withdraw and permit them to withdrawal as counsel of record for Wellpath Defendants.

Dated:  February 26, 2026                Respectfully submitted,

s/ Ashlee B. Hesman
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Wellpath, Keaveny,
Mohr, and Wesolowski*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 26th day of February, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Mari Newman
Andy McNulty
Madeline Leibin
NEWMAN MCNULTY, LLC
1490 Lafayette Street, Ste. 304
Denver, CO 80218
mari@newman-mcnulty.com
andy@newman-mcnulty.com
madeline@newman-mcnulty.com
*Attorneys for Plaintiff*

Adam L. Massaro
Melissa L. Cizmorris
Eyal Berger
Jason Oletsky
Evelina Gentry
AKERMAN LLP
1900 16th Street, Suite 950
Denver, CO 80202
Adam.massaro@akerman.com
melissa.cizmorris@akerman.com
eyal.berger@akerman.com
jason.oletsky@akerman.com
evelina.gentry@akerman.com
*Attorneys for Defendant H.I.G Capital LLC*

By: s/ E. Percevecz